U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA. | COURT CASE NUMBER<br>3-02CV1016-G |
| DEFENDANT<br>BANK OF AMERICA | TYPE OF PROCESS<br>WRIT OF GARNISHMENT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SERVE ITS PRESIDENT, VICE PRESIDENT, OR OTHER PERSON AUTHORIZED BY

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
BANK OF AMERICA TO ACCEPT SERVICE: AT 6085 [redacted] CAMPBELL RD, DALLAS TX 75248

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeffrey G. Tinkham
Williams & Tinkham
1207 S. Shepherd
Houston, Texas 77019

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 1

Check for service on U.S.A.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 11 2002
CLERK, U.S. DISTRICT COURT
By ________ Deputy

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

The Campbell Rd. location is where Frank Forest, judgment debtor in related case 3:95-MC-39 allegedly has his accounts. If ~~Bank of~~ America has an agent for service of process, that individual may also be served.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jeffrey G. Tinkham (signature) | ☑ PLAINTIFF<br>☐ DEFENDANT | 713-785-0000 | 5/15/02 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | (signature) | 5/28/02 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)*<br>CAROLYN LEE — ASST. V.P. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address *(complete only if different than shown above)*<br>400 S ZANG<br>DALLAS, TX.<br>ALL PROCESS GOES TO THIS LOCATION | Date of Service<br>6-5-02 | Time<br>12:40 am / (pm) |
| | Signature of U.S. Marshal or Deputy<br>(signature) | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | 45.00 | Ø | Ø |

REMARKS:

6

**PRIOR EDITIONS MAY BE USED** **1. CLERK OF THE COURT** FORM USM-285 (Rev. 12/15/80)

**WILLIAMS & TINKHAM**
ATTORNEYS AT LAW
1207 S. SHEPHERD
HOUSTON, TEXAS 77019

JEFFREY G. TINKHAM

TELEPHONE
(713) 785-0000
FAX
(713) 785-0078

May 15, 2002

***VIA FEDERAL EXPRESS***

David Slayton, Court Services Supervisor
United States District Court
14A20 Earle Cabell Federal Building
1100 Commerce Street
Dallas, Texas 75242-1003

Re: Case No. 3-02CV1106-G (Related Case No. 3:95 MC 39); *National Union Fire Insurance Company of Pittsburgh, Pa., garnishor v. Bank of America garneshee*; In the United States District Court for the Northern District of Texas, Dallas Division

Dear Mr. Slayton:

Again, thanks for your help yesterday. As we discussed on the phone today, I am enclosing the United States Marshal's form 285 along with our firm check in the amount of $45 for the fee for the service of the writ of garnishment on Bank of America. Please forward the form and the check along with the issued writ of garnishment to the United States Marshal.

Thank you.

Very truly yours,

WILLIAMS & TINKHAM

Jeffrey G. Tinkham

02 MAY 22 AM 10: 13

JGT/kms
Encls.

cc: Lisa Chafiian

F:\WORK\NU\635 Joint Venture\Slayton.002.wpd