ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 17 2002
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. PLAINTIFF, | § | |
| VS. | § | |
| FORMAN 635 JOINT VENTURE, FRANK C. FOREST, JR., AND MICHEAL T. BIERMAN JUDGMENT DEFENDANTS, | § | CIVIL NO. 3-02CV1016-G |
| AND | § | |
| BANK OF AMERICA, N.A. GARNISHEE | § | |

**ANSWER TO WRIT OF GARNISHMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

Bank of America, N.A., garnishee, files this original answer to the writ of garnishment issued on or about May 22, 2002 and served on garnishee, and in answer shows the following:

I.

The writ was served on garnishee on June 5, 2002.

II.

On that date, garnishee was indebted to Frank C. Forest, Jr. in the amount of $8,424.22 in two accounts styled Frank C. Forest, Jr. and Judith M. Forest. Pursuant to Bank of America's deposit agreement, Bank of America has deducted $75.00 for its administrative costs associated with the garnishment lawsuit decreasing the amount of indebtedness to $8,349.22. However, a deposit was later made increasing the amount of indebtedness to $8,354.81. On that date, garnishee was not indebted to Forman 635 Joint Venture and/or to Michael T. Bierman.



7

III.

On that date, garnishee was not in possession of any effects belonging to Frank C. Forest, Jr. and/or Forman 635 Joint Venture and/or Michael T. Bierman.

IV.

Garnishee is not aware of any other entity owing any debts to Frank C. Forest, Jr. and/or Forman 635 Joint Venture and/or Michael T. Bierman, or possessing effects belonging to Frank C. Forest, Jr. and/or Forman 635 Joint Venture and/or Michael T. Bierman.

VI.

Garnishee has engaged an attorney-at-law to represent it in this proceeding. Garnishee has contracted to pay the sum of at least $850.00 as a reasonable attorney's fee, as well as costs, which the garnishee is entitled to recover in accordance with Texas Rule of Civil Procedure 677. In the event of an appeal to the court of appeals, garnishee would be further entitled to $2,500.00 as a reasonable attorney's fee. In the event of an appeal to the Supreme Court, garnishee would be entitled to an additional $3,500.00.

WHEREFORE, Bank of America, N.A. requests:

1. That all claims to the funds be determined and adjudicated, and that garnishee be discharged from all liability to National Union Fire Insurance Company of Pittsburgh, PA. and Frank C. Forest, Jr. and Forman 635 Joint Venture and Michael T. Bierman.

2. That garnishee recover against National Union Fire Insurance Company of Pittsburgh, PA. or Frank C. Forest, Jr. or Forman 635 Joint Venture or Michael T. Bierman, as provided in Rule 677 of the Texas Rules of Civil Procedure, costs and expenses, including reasonable attorney's fees, in a total amount of at least $850.00.

3. For such other relief to which garnishee may show itself properly entitled.

Respectfully submitted,

By: ______________________

William P. Huttenbach
State Bar No. 12399000
Federal No. 21742
Rik Zafar
State Bar No. 24028248
Federal No. 29853
700 Louisiana, Suite 2550
Houston, Texas 77002
TEL: (713) 220-9163
FAX: (713) 223-9319

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.

ATTORNEYS IN CHARGE FOR BANK OF AMERICA, N.A.

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Carolyn Lee, who, being by me duly sworn on oath deposed and said that she is the agent and officer of Bank of America, N.A. in the above-entitled and numbered cause; that she has read the above and foregoing Answer to the Writ of Garnishment; and that every statement contained in that document is within her personal knowledge and is true and correct.

Carolyn Lee

Carolyn Lee

SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of June, 2002, to certify which witness my hand and official seal.

La Sandra Williams

Seal:

Notary Public in and for the State of Texas

LASANDRA WILLIAMS
MY COMMISSION EXPIRES
December 4, 2002
NOTARY PUBLIC STATE OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2002, that a true and correct copy of the foregoing Answer to Writ of Garnishment was sent by certified mail, return receipt requested, to the following persons:

Jeff Tinkham
Williams & Tinkham
1207 S. Shepherd
Houston, Texas 77019
**CMRRR NO. 7001 2510 0006 7452 1027**

Frank C. Forest
17117 Skelton Place
Dallas, Texas 77017
**CMRRR NO. 7001 2510 0006 7452 1010**

Frank C. Forest
17117 Skelton Place
Dallas, Texas 75248-1624
**CMRRR NO. 7001 2510 0006 7452 0990**

Judith M. Forest
17117 Skelton Place
Dallas, Texas 75249-1624
**CMRRR NO. 7001 2510 0006 7452 1003**

Rik Zafar